```
1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Stephen Kraut
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S.09-201 EJG |
|---|---|
| Plaintiff, | ) |
|  | ) **Stipulation & Order to Continue** |
| v. | ) **Judgment & Sentencing** |
|  | ) |
| STEPHEN KRAUT, | ) Date: October 28, 2011 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Court: Hon. Edward J. Garcia |
| _____ | ) |

Defendant, Stephen Kraut, was convicted of fifteen counts of bank fraud, in violation of 18 U.S.C. § 1344. This matter is set for sentencing on September 2, 2011. The parties request that judgement and sentencing be continued to October 28, 2011 and that date is available with the Court. Mr. Kraut subpoenaed documents from First Hawaiian Bank in June of 2011. Despite great persistence, the documents arrived on August 19, 2011. There are over 2,000 pages of records, which the defense has shared with the government. The defense expert received the documents on August 23, 2011. The parties agree that the documents need to be reviewed

prior to sentencing.  Therefore, the parties request the following schedule:

        Informal Objections:     October 7, 2011

        Sentencing Memorandum:  October 21, 2011

        Judgement & Sentencing:  October 28, 2011

                          Respectfully submitted,

Dated: August 24, 2011     /s/ Shari Rusk
                              Shari Rusk
                              Attorney for Defendant
                              Stephen Kraut


                              /s/ Russell Carlberg
                              Russell Carlberg
                              Assistant United States Attorney

## **ORDER**

It is so ordered that the matter be continued for judgement and sentencing to October 28, 2011.

Dated: August 25, 2011       /s/ Edward J. Garcia
                              Hon. Judge Garcia
                              United States District Court