SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation & Order to Continue** |
| v. ) | **Judgment & Sentencing** |
| ) | |
| STEPHEN KRAUT, ) | Date: December 2, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

Defendant, Stephen Kraut, was convicted of fifteen counts of bank fraud, in violation of 18 U.S.C. § 1344. This matter is set for sentencing on October 28, 2011. The parties request that judgement and sentencing be continued to December 2, 2011 and that date is available with the Court. The parties have reviewed numerous documents relevant to sentencing and are in the final negotiations of a potential agreement regarding certain sentence enhancements. Therefore, the parties request the following schedule:

Informal Objections:      November 11, 2011

Sentencing Memorandum:    November 25, 2011

Judgement & Sentencing:    December 2, 2011

                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: October 11, 2011              Shari Rusk
                                    Attorney for Defendant
                                    Stephen Kraut


                                    /s/ Russell Carlberg
                                    Russell Carlberg
                                    Assistant United States Attorney

**ORDER**

    It is so ordered that the matter be continued for judgement and sentencing to December 2, 2011.

Dated: October 12, 2011          /s/ Edward J. Garcia
                                 Hon. Judge Garcia
                                 United States District Court