```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S.09-201 EJG |
| Plaintiff, | |
| v. | **Stipulation & Order to Continue Judgment & Sentencing** |
| STEPHEN KRAUT, | Date: January 6, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Court: Hon. Edward J. Garcia |

Defendant, Stephen Kraut, was convicted of fifteen counts of bank fraud, in violation of 18 U.S.C. § 1344. This matter was set for sentencing on December 2, 2011. The parties request that judgement and sentencing be continued to January 6, 2012 and that date is available with the Court. The parties have discussed a potential sentencing agreement that resolves many disputed issues. The government attorney has recently been in trial and out of the office for holiday travel. The parties believe they are close to resolving disputed issues which could avoid a lengthy sentencing hearing and therefore request that judgement and sentencing be re-

set to January 6, 2012.  The parties request the following schedule:

        Informal Objections:      December 16, 2011
        Sentencing Memorandum:   December 30, 2011
        Judgement & Sentencing:   January 6, 2012

Respectfully submitted,

Dated: November 29, 2011
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Stephen Kraut


/s/ Russell Carlberg
Russell Carlberg
Assistant United States Attorney

## **ORDER**

It is so ordered that the matter be continued for judgement and sentencing to January 6, 2012.

Dated: 11/29/11        /s/ Edward J. Garcia
                                U. S. DISTRICT JUDGE