SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Stephen Kraut

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-201 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation & Order to Continue** |
| v. ) | **Judgment & Sentencing** |
| ) | |
| STEPHEN KRAUT, ) | Date: March 9, 2012 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

Defendant, Stephen Kraut, was convicted of fifteen counts of bank fraud, in violation of 18 U.S.C. § 1344. This matter was set for sentencing on January 6, 2012. The parties request that judgement and sentencing be continued to March 9, 2012, and that date is available with the Court. The parties have reached a tentative sentencing agreement that essentially resolves all disputed issues. The parties are providing information to probation to finalize the pre-sentence report. The parties therefore request that judgement and sentencing be re-set to March 9, 2012. The parties request the following schedule:

| | |
|---|---|
| Informal Objections: | February 24, 2012 |
| Sentencing Memorandum: | March 2, 2012 |
| Judgement & Sentencing: | March 9, 2012 |

Respectfully submitted,

Dated: January 3, 2012

/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Stephen Kraut


/s/ Russell Carlberg
Russell Carlberg
Assistant United States Attorney

**ORDER**

It is so ordered that the matter be continued for judgement and sentencing to March 9, 2012.

Dated: January 3, 2011        /s/ Edward J. Garcia
                              U. S. DISTRICIT JUDGE

2