IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2: 09-cr-0201 WBS AC P

vs.

STEPHEN MICHAEL KRAUT,

    Movant.

ORDER

_____/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

    Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

    Movant has requested the appointment of counsel. There currently exists no

1

absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS ORDERED that:

1. Respondent must filed a response to movant's § 2255 motion, as set forth above, within thirty days of the date of this order;

2. Movant's traverse, if any, must be filed within thirty days of the response;

3. Movant's March 14, 2013, request for appointment of counsel (ECF No. 84) is denied without prejudice to a renewal of the request at a later stage of the proceedings; and

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: March 21, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
krau0201.206+